UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN G. WILKINS,<br><br>    Plaintiff,<br><br>  v.<br><br>CONTRA COSTA COUNTY, et. al.,<br><br>    Defendants. | Case No.  16-cv-7016-TEH<br><br>ORDER OF DISMISSAL |

In a notice dated December 7, 2016, the Clerk of the Court directed Plaintiff to complete an in forma pauperis (IFP) application, and told him that he must provide this document within twenty-eight days or his action would be dismissed or he must pay the full filing fee.  The Clerk sent Plaintiff a prisoner IFP application.  More than twenty-eight days have passed, and Plaintiff has not filed the necessary document, paid the filing fee or otherwise communicated with the Court.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated: 1/18/2017

_____
THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.16\Wilkins7016.dis-ifp.docx