UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNAN G. WILKINS aka NERRAH BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF CONTRA COSTA, et. al.,<br><br>　　　　Defendants. | Case No. 16-cv-7016-TEH<br><br>ORDER REOPENING CASE<br><br>Dkt. No. 31 |

This pro se action was dismissed without prejudice because Plaintiff's motion to proceed in forma pauperis was denied and he failed to pay the filing fee of $400. Plaintiff has filed a motion for reconsideration seeking to reopen the case so he can pay the full filing fee. The motion (Docket No. 31) is GRANTED and the Order of Dismissal (Docket No. 27) is VACATED and this case is REOPENED. Plaintiff must pay the filing fee within twenty-eight (28) days of service of this order or the case will be dismissed.

　　IT IS SO ORDERED.

Dated: 8/8/2017

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　THELTON E. HENDERSON
　　　　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\TEH\CR.16\Wilkins7016.reopen2.docx