UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEENAN G. WILKINS,

    Plaintiff,

v.

DAVID O. LIVINGSTON, et al.,

    Defendants.

Case No. 16-cv-07016-JD

**ORDER OF DISMISSAL**

Plaintiff is a state prisoner proceeding pro se in this civil rights action under 42 U.S.C. § 1983. Defendants indicated that a settlement had been reached and plaintiff has filed a notice of voluntary dismissal with prejudice (Docket No. 227). This action is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41. The Clerk shall close this case. All pending motions (Docket Nos. 194, 221) shall be terminated.

**IT IS SO ORDERED.**

Dated: May 6, 2020

JAMES DONATO
United States District Judge